1020

**Albert J. McKEE, Appellant, v..UNITED STATES of America.**

No. 11843.

Circuit Court of Appeals, Eighth Circuit.

Sept. 3, 1940.

Walter F. Maley, of Des Moines, Iowa, for appellant.

Edward G. Dunn, U. S. Atty., of Mason City, Iowa, for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for failure to comply with rules.

**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. BALDOR ELECTRIC COMPANY.**

No. 498.

Circuit Court of Appeals, Eighth Circuit.

Sept. 16, 1940.

Charles Fahy, Gen. Counsel, National Labor Relations Board, and Robert B. Watts, Associate Gen. Counsel, both of Washington, D. C., National Labor Relations Board, for petitioner.

Louis Kawin, of St. Louis, Mo., for respondent.

PER CURIAM.

Respondent ordered to refrain from doing certain things and to take certain affirmative action, etc., on petition for enforcement, stipulation and consent.

**Harold O'BRIEN, Appellant, v. Helen M. TROUP, Executrix of the Estate of Minnie M. Miller.**

No. 11841.

Circuit Court of Appeals, Eighth Circuit.

Sept. 3, 1940.

Raymond G. Barnett, of Kansas City, Mo., for appellant.

O. H. Swearingen, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed at costs of appellant, but without taxation of attorney's fee in favor of appellee, same having been waived, on stipulation of parties.

**Mary Irene REHWALD, etc., Appellant, v. W. J. PEARSON, Appellee.**

No. 9655.

Circuit Court of Appeals, Ninth Circuit.

Oct. 5, 1940.

Edward K. Zuckerman and Arthur Edmund Stein, both of Los Angeles, Cal., and Clyde Doyle, John Gee Clark, and W. Desmond, Jr., all of Long Beach, Cal., for appellant.

Grainger & Hunt, of Los Angeles, Cal., for appellee.

Before GARRECHT and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and mandate of this court issued forthwith.